■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AYANA ANDERSON, Appellant. [863 NYS2d 386]—Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered on or about July 23, 2007, unanimously affirmed. No opinion. Order filed. Concur—Gonzalez, J.P., Buckley, Moskowitz, Renwick and DeGrasse, JJ.

■ In the Matter of WILLIAM HILL, Petitioner, v THOMAS FARBER et al., Respondents. [863 NYS2d 386]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Gonzalez, J.P., Buckley, Moskowitz, Renwick and DeGrasse, JJ.